288

■

PATRIARCH PARTNERS, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC and Patriarch Partners XV, LLC, Defendants Below, Appellants,

v.

ZOHAR CDO 2003–1, LLC, Zohar CDO 2003–1 Ltd., Zohar II 2005–1 LLC, Zohar II 2005–1 Ltd., Zohar III, LLC and Zohar III, Ltd., Plaintiffs Below, Appellees.

No. 549, 2016

Supreme Court of Delaware.

Submitted: June 14, 2017

Decided: June 19, 2017

Court Below: Court of Chancery of the State of Delaware, C.A. No. 12247

AFFIRMED.

■

Murray ZUCKER, Plaintiff Below, Appellant,

v.

Gerald L. HASSELL, Robert P. Kelly, Ruth E. Bruch, Nicholas M. Donofrio, Edmund F. Kelly, Richard J. Kogan, Michael J. Kowalski, John A. Luke, Jr., Mark A. Nordenberg, Catherine A. Rein, William C. Richardson, Samuel C. Scott III, John P. Surma, Steven G. Elliott, Robert Mehrabian, Wesley W. Von Schack, Richard Mahoney, Jorge Rodriguez and David Nichols, Defendants Below, Appellees,

and

The Bank of New York Mellon Corporation, Nominal Defendant Below, Appellee.

No. 606, 2016

Supreme Court of Delaware.

Submitted: June 14, 2017

Decided: June 19, 2017

Court Below: Court of Chancery of the State of Delaware, C.A. No. 11625.

AFFIRMED.

■

Javon CANNON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 513, 2016

Supreme Court of Delaware.

Submitted: May 3, 2017

Decided: June 19, 2017

Court Below: Superior Court of the State of Delaware, ID No. 1505020908A (N)

AFFIRMED.

